**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Casey Demon Carmon v. The State of Texas

Appellate case number:    01-12-01124-CR

Trial court case number:  1243459

Trial court:              174th District Court of Harris County

      Appellant, Casey Demon Carmon, has filed a motion to reconsider our denial of his request for oral argument. The State has indicated it is unopposed to the motion but cannot be present for oral argument on the case's current date for submission.

      We GRANT Appellant's motion to reconsider. We remove the case from the current submission date and set the case for oral argument on October 8, 2014.

      It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                Acting individually


Date: September 4, 2014